JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARIO ROSAS,

        Petitioner,

   v.

KRISTI NOEM, *et al.*,

        Respondents.

Case No. 2:25-cv-8206-JWH-DSR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE FOR LACK OF JURISDICTION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Motion to Dismiss, the Report and Recommendation of the United States Magistrate Judge, and the Court's files and records in this case.  No party has filed a timely objection to the Report and Recommendation.  Accordingly, the Court hereby ORDERS as follows:

1.      The findings, conclusions, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2.      Respondents' Motion to Dismiss is **GRANTED**.

3.      The Petition for Writ of Habeas Corpus is **DISMISSED** for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated:    June 30, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-