JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARIO ROSAS,

          Petitioner,

    v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, and
WARDEN B. BIRKHOLZ,

          Respondents.

Case No. 2:25-cv-08206-JWH-DSR

**JUDGMENT**

Pursuant to the "Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge and Dismissing Case for Lack of Jurisdiction" entered on or about June 30, 2026, and in accordance Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court does not possess jurisdiction over the above-captioned action pursuant 8 U.S.C. § 1252(a)(5).

2. The Petition for Writ of Habeas Corpus [ECF No. 1] of Petitioner Mario Rosas against Respondents Markwayne Mullin and Warden B. Birkholz is **DISMISSED for lack of jurisdiction**.

3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: _June 30, 2026_

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-